**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1199**

CLARENCE CARTER MOORE,

Plaintiff - Appellant,

v.

RICHMOND NURSING HOME; BORIS T. SIMMONS, Police Officer; BERYL
T. CARTER, Director of Jose B. Gotay, M.D., D.P.H.; JOSE B.
GOTAY, M.D., D.P.H.; MANNED DEESE, City Manager; GENEVA D.
AUSTIN, Administrator,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge. (3:10-cv-00833-HEH)

Submitted:  May 19, 2011              Decided:  May 23, 2011

Before TRAXLER, Chief Judge,  and AGEE  and  KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Clarence Carter Moore, Appellant Pro Se.  M. Janet Palmer, CITY
ATTORNEY'S OFFICE, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Carter Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Richmond Nursing Home, No. 3:10-cv-00833-HEH (E.D. Va. Feb. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED